AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

---- OFFENSE CHARGED ----

21 U.S.C. §§ 841(a)(1) and (b)(1)(D) – Possess with Intent to Distribute Marijuana; 18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm and Ammunition

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

*E-filing*

PENALTY: COUNT ONE: Maximum 10 years imprisonment, $500,000 fine, mandatory minimum 4-year term supervised release, and $100 special assessment. COUNT TWO: 10 years imprisonment, $250,000 fine, 3 years supervised release, and $100 special assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**FILED**
APR 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---- DEFENDANT - U.S ----
▶ VANCE TERRY THOMPSON

DISTRICT COURT NUMBER
**CR08-0281  DLJ**

---- PROCEEDING ----

Name of Complaintant Agency, or Person (& Title, if any)
ALCOHOL, TOBACCO, FIREARM AND EXPLOSIVES

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    DANIEL KALEBA, AUSA

---- DEFENDANT ----

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District) _____

IS IN CUSTODY
4) ☒ On this charge

5) ☐ On another conviction     } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
SANTA RITA JAIL

Has detainer been filed?  ☐ Yes  ☐ No  }  If "Yes" give date filed _____

DATE OF ARREST ▶  Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT      Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____    Before Judge: _____

Comments:

# United States District Court

**FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND

FILED
APR 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---

UNITED STATES OF AMERICA,

V.

CR08-0281

DLJ

VANCE TERRY THOMPSON,

E-filing

DEFENDANT(S).

---

## INDICTMENT

21 U.S.C. §§ 841(a)(1) and (b)(1)(D) – Possess with Intent to Distribute Marijuana; 18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm and Ammunition

---

A true bill.

_____ Foreman

Filed in open court this __30TH__ day of
__APRIL 2008__.

_____ Clerk

Bail, $ _No bail_ / arrest warrant
4-30-08

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

**FILED**
APR 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

CR08-0281  DLJ

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No.: |
| Plaintiff, | |
| v. | VIOLATION: 21 U.S.C. §§ 841(a)(1) and (b)(1)(D) – Possess with Intent to Distribute Marijuana; 18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm and Ammunition |
| VANCE TERRY THOMPSON, | |
| Defendant. | OAKLAND VENUE |

## INDICTMENT

The Grand Jury charges:

COUNT ONE:    (21 U.S.C. §§ 841(a)(1) and (b)(1)(D) – Possess With Intent to Distribute Marijuana)

On or about February 21, 2008, in the Northern District of California, the defendant,

VANCE TERRY THOMPSON,

did knowingly and intentionally possess with intent to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

//

INDICTMENT

COUNT TWO:        (18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm and Ammunition)

On or about February 21, 2008, in the Northern District of California, the defendant,

VANCE TERRY THOMPSON,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, the following firearm and ammunition: (1) a semi-automatic pistol, Charles Daly, .45 caliber, serial # 773348; and (2) 40 rounds of .45 caliber ammunition manufactured by CCI, 2 rounds of .45 caliber ammunition manufactured by Winchester, 1 round of .45 caliber ammunition manufactured by Spear, and 6 rounds of .380 caliber ammunition manufactured by Winchester, in violation of Title 18, United States Code, Sections 922(g)(1).

DATED:    April 30, 2008         A TRUE BILL.

_____
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_____
W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: _____ )
AUSA DANIEL KALEBA

INDICTMENT                                2