JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

DANIEL R. KALEBA (CABN 223789)
Assistant United States Attorney

   1301 Clay Street Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   FAX: (510) 637-3724
   E-mail: daniel.kaleba@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 08-0281 DLJ |
|     Plaintiff, ) | |
| v. ) | PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| VANCE TERRY THOMPSON, ) | |
|     Defendant. ) | |

TO:    The Honorable Edward M. Chen, United States Magistrate
         Judge of the United States District Court of Northern
         California:

    The petition of Daniel Kaleba, Assistant United States Attorney for the Northern District of California, respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner, VANCE TERRY THOMPSON, whose place of custody and jailor are set forth in the Writ, attached hereto, and your petitioner

////

////

////

PETITION FOR & WRIT OF HABEAS CORPUS
CR-08-0281 DLJ

1 avers that the prisoner is required in the above-entitled matter in this Court, and therefore
2 petitioner prays that this Court issue the Writ as presented.

4 DATED: May 2, 2008                Respectfully submitted,

5                                   JOSEPH P. RUSSONIELLO
                                    United States Attorney

7                                   _____/s/_____
                                    DANIEL KALEBA
8                                   Assistant United States Attorney

11 SO ORDERED:

12 DATED: May____, 2008             _____
                                    HONORABLE EDWARD M. CHEN
13                                  United States Magistrate Judge

PETITION FOR & WRIT OF HABEAS CORPUS
CR-08-0281 DLJ

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

TO:  FEDERICO ROCHA, United States Marshal, Northern District of California and/or any of his authorized deputies; and the Warden of Santa Rita Jail, Dublin, California:

**GREETINGS**

WE COMMAND that you have and produce the body of **VANCE TERRY THOMPSON,** date of birth 08/30/1979, now in custody in the herein-above-mentioned institution, before the United States District Court in and for the Northern District of California, in the Courtroom of the United States Magistrate Judge, Wayne D. Brazil, on **May 13, 2008, at 10:00 a.m.**, for arraignment in the above entitled Court, and that immediately after said hearing to return him forthwith to said herein-above-mentioned institution, or to abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

WITNESS the Honorable Edward M. Chen, Magistrate Judge of the United States District Court for the Northern District of California.

DATED: May _____, 2008         CLERK, UNITED STATES DISTRICT COURT
                                NORTHERN DISTRICT OF CALIFORNIA

                                By:_____
                                     DEPUTY CLERK

PETITION FOR & WRIT OF HABEAS CORPUS
CR-08-0281 DLJ