1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  DANIEL R. KALEBA (CABN 223789)
   Assistant United States Attorney
5
      1301 Clay Street Suite 340S
6     Oakland, California 94612
      Telephone: (510) 637-3680
7     FAX: (510) 637-3724
      E-mail: daniel.kaleba@usdoj.gov
8
   Attorneys for Plaintiff
9

**FILED**

MAY - 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

10
                 UNITED STATES DISTRICT COURT
11
             NORTHERN DISTRICT OF CALIFORNIA
12
                      OAKLAND DIVISION
13
   UNITED STATES OF AMERICA,        )    NO. CR 08-0281 DLJ
14
         Plaintiff,                 )
15                                  )
      v.                            )    PETITION FOR AND WRIT OF
16                                  )    HABEAS CORPUS AD
   VANCE TERRY THOMPSON,            )    PROSEQUENDUM
17                                  )
         Defendant.                 )
18   _____)

19

20     TO:    The Honorable Edward M. Chen, United States Magistrate
              Judge of the United States District Court of Northern
21            California:

22        The petition of Daniel Kaleba, Assistant United States Attorney for the Northern

23  District of California, respectfully requests that this Court issue a Writ of Habeas Corpus

24  Ad Prosequendum for the person of prisoner, VANCE TERRY THOMPSON, whose

25  place of custody and jailor are set forth in the Writ, attached hereto, and your petitioner

26  ////

27  ////

28  ////

PETITION FOR & WRIT OF HABEAS CORPUS
CR-08-0281 DLJ

1  avers that the prisoner is required in the above-entitled matter in this Court, and therefore

2  petitioner prays that this Court issue the Writ as presented.

3

4  DATED: May 2, 2008                    Respectfully submitted,

5                                        JOSEPH P. RUSSONIELLO
                                         United States Attorney
6

7                                        ____/s/_____
                                         DANIEL KALEBA
8                                        Assistant United States Attorney

9

10

11  SO ORDERED:

12  DATED: May 2 , 2008

13                                        HONORABLE EDWARD M. CHEN
                                          United States Magistrate Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PETITION FOR & WRIT OF HABEAS CORPUS
CR-08-0281 DLJ

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

TO:   FEDERICO ROCHA, United States Marshal, Northern District of California and/or any of his authorized deputies; and the Warden of Santa Rita Jail, Dublin, California:

**GREETINGS**

WE COMMAND that you have and produce the body of **VANCE TERRY THOMPSON,** date of birth 08/30/1979, now in custody in the herein-above-mentioned institution, before the United States District Court in and for the Northern District of California, in the Courtroom of the United States Magistrate Judge, Wayne D. Brazil, on **May 13, 2008, at 10:00 a.m.**, for arraignment in the above entitled Court, and that immediately after said hearing to return him forthwith to said herein-above-mentioned institution, or to abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

WITNESS the Honorable Edward M. Chen, Magistrate Judge of the United States District Court for the Northern District of California.

DATED: May **17**, 2008           CLERK, UNITED STATES DISTRICT COURT
                                  NORTHERN DISTRICT OF CALIFORNIA

                                  By: _____
                                          DEPUTY CLERK

PETITION FOR & WRIT OF HABEAS CORPUS
CR-08-0281 DLJ