UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

A Notice of Related Cases has been filed that the following cases are related within the meaning of Crim. L.R. 8-1(b):

| | | |
|---|---|---|
| **CR-03-40047-CW** | USA -v- Vance T. Thompson | **FILED** |
| **CR-08-00281-DLJ** | USA -v- Vance Terry Thompson | MAY - 8 2008 |
| **CR-08-00282-CW** | USA -v- Marcell Darnell Mamon | RICHARD W. WIEKING |
| | | CLERK, U.S. DISTRICT COURT |
| | **ORDER** | NORTHERN DISTRICT OF CALIFORNIA |
| | | OAKLAND |

The time for filing a statement to support or oppose the Notice has passed. On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[ ]    ARE NOT RELATED as defined by Crim. L.R. 8-1(b).

[ ]    ARE RELATED as defined by Crim. L.R. 8-1(b). I find, however, that reassignment to me of the action(s) currently assigned to another judge is not warranted.

[✓]    ARE RELATED as defined by Crim. L.R. 8-1(b). Pursuant to Crim. L.R. 8-1(e), the Clerk of Court is ordered to reassign the later-filed action to the undersigned. Counsel are instructed that all future filings are to bear the initials **CW** immediately after the case number. All matters presently scheduled for hearing in the reassigned case(s) are vacated and must be renoticed for hearing before the undersigned.

DATED: MAY - 8 2008

_____
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record in the cases listed above.

Richard W. Wieking, Clerk

DATED: 5/9/08

By: Kelly Collins
Deputy Clerk

Copies to:  Courtroom Deputies
            Case Systems Administrators
            Counsel of Record
Entered into Assignment Program: 5/9/08
                                 (date)