1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone:  (510) 637-3500
5
   Counsel for Defendant VANCE THOMPSON
6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,       )   No. CR-08 0281 CW
                                    )
12               Plaintiff,         )   STIPULATION AND [PROPOSED]
                                    )   ORDER
13  vs.                             )
                                    )
14  VANCE THOMPSON,                 )
                                    )
15               Defendant.         )
    _____)
16

17        This matter presently is set for a status conference on June 11, 2008.  The defense has

18  requested additional discovery from the government relating to the detention and subsequent

19  arrest of Mr. Thompson, and also is still in the process of locating and interviewing witnesses.

20  Defense counsel will be unavailable during the week of June 18, 2008.  For these reasons it is

21  STIPULATED AND AGREED that this matter may be continued to July 2, 2008.  The parties

22  agree that time should be excluded under the Speedy Trial Act for defense preparation and

23  continuity of counsel.

24

25  SO STIPULATED.

26

STIP/ORD                                 1

1
2  Dated: June 5, 2008                           /S/
                                                _____
3                                               JEROME E. MATTHEWS
                                                Assistant Federal Public Defender
4
5  Dated: June 5, 2008                          /S/
                                                _____
6                                               W. DOUGLAS SPRAGUE
                                                Assistant United States Attorney
7
8  I hereby attest that I have on file all holograph signatures for any signatures indicated bay a "conformed" signature (/S/) within this e-filed document.

9

10     Good cause appearing therefor, IT IS ORDERED that this matter be continued to July 2,
11 2008, and that time under the Speedy Trial Act be excluded until July 2, 2008, on the grounds set
12 forth in the foregoing stipulation.

13
14
15 Dated: June ____, 2008                       _____
                                                CLAUDIA WILKEN
16                                              United States District Judge
17
18
19
20
21
22
23
24
25
26

STIP/ORD                                        2