UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Diane Skillman**
**Date: 6-11-08**

**Plaintiff:** United States

**v.**                                         **No.**   CR-08-00281 CW
                                                        CR-03-40047 CW

**Defendant:** Vance Terry Thompson (present - in custody)


**Appearances for Plaintiff:**
Doug Sprague

**Appearances for Defendant:**
Jerome Matthews

**Interpreter:**


**Probation Officer:**
Sara Black for Rich Brown


**Speedy Trial Date:**


**Hearing:  Trial Setting (initial app.)**

**Notes:**    The was the defendant's first appearance before District Judge.  Defense is investigating basis for stop.  **Case continued to 6/25/08 at 2:00 p.m. for motions setting or trial setting or disposition.**  Time excluded for effective preparation and further investigation.  Supervised release violation will trail.

Copies to: Chambers