1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant VANCE THOMPSON
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )   No. CR-08 0281 CW
                                      )
12 |             Plaintiff,           )   STIPULATION AND [PROPOSED]
                                      )   ORDER
13 | vs.                              )
                                      )
14 | VANCE THOMPSON,                  )
                                      )
15 |             Defendant.           )
   |_____)
16

17       This matter presently is set for a status or motions setting conference on June 25, 2008.

18 At the request of defense counsel, the government has obtained and is in the process of providing

19 additional information relating to the detention and subsequent arrest of Mr. Thompson. The

20 defense also is still in the process of locating and interviewing witnesses. For these reasons it is

21 STIPULATED AND AGREED that this matter may be continued to July 9, 2008. The parties

22 agree that time should be excluded under the Speedy Trial Act for defense investigation and

23 preparation.

24

25 SO STIPULATED.

26

STIP/ORD                               1

Dated: June 24, 2008

/S/
_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

Dated: June 24, 2008

/S/
_____
W. DOUGLAS SPRAGUE
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Good cause appearing therefor, IT IS ORDERED that this matter be continued to July 9, 2008, and that time under the Speedy Trial Act be excluded until July 9, 2008, on the grounds set forth in the foregoing stipulation.

Dated: June ____, 2008

_____
CLAUDIA WILKEN
United States District Judge