UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


Criminal Minute Order


**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Raynee Mercado**
**Date: 7/9/08**


**Plaintiff:**  United States

**v.**                                              **No.**  CR-08-00281 CW
                                                           CR-03-40047 CW


**Defendant:**  Vance Terry Thompson (present - in custody)


**Appearances for Plaintiff:**
Christine Wong

**Appearances for Defendant:**
Jerome Matthews

**Interpreter:**


**Probation Officer:**
Rich Brown


**Speedy Trial Date:**


**Hearing:  Motions Setting or Disposition or Trial Setting**

**Notes:**  Parties trying to resolve case.  Defense to file motion to suppress by 7/30/08; government opposition due 8/13/08; defense reply due 8/15/08.  **Motion hearing set for 8/20/08 at 2:00 p.m.**  If disposition reached, parties can put on earlier on WDB's calendar if CW not available.  Supervised release violation will trial.  P/O only needs to attend if there will be a sentencing; P/O to check with attorneys.  Time excluded for continuity of counsel and effective preparation.

Copies to: Chambers