BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant VANCE THOMPSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-08 0281 CW |
| Plaintiff, | NOTICE OF WITHDRAWAL OF MOTION TO SUPPRESS EVIDENCE |
| vs. | |
| VANCE THOMPSON, | Date: August 20, 2008<br>Time: 2:00 p.m. |
| Defendant. | |

PLEASE TAKE NOTICE that Vance Thompson withdraws his motion to suppress evidence, the hearing of which presently is scheduled for August 20, 2008.

Dated: August 18, 2008

                                            Respectfully submitted,

                                            BARRY J. PORTMAN
                                            Federal Public Defender

                                                   /S/

                                            JEROME MATTHEWS
                                            Assistant Federal Public Defender

NOTICE OF WITHDRAWAL OF MOTION        1