UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Starr Wilson, pro tem**
**Date: 8/20/08**

**Plaintiff:** United States

**v.**                                      **No.**   CR-08-00281 CW
                                                      CR-03-40047 CW

**Defendant:** Vance Terry Thompson (present - in custody)

**Appearances for Plaintiff:**
Christine Wong

**Appearances for Defendant:**
Jerome Matthews

**Interpreter:**

**Probation Officer:**
Chris Taylor for Rich Brown

**Speedy Trial Date:**

**Hearing:  Setting**

**Notes:**    Defense has plea offer. **Case continued to 8/27/08 at 2:00 p.m. for disposition or motions setting or trial setting. Supervised Release violation also continued to 8/27/08 at 2:00 p.m. for setting or disposition.** Time excluded for effective preparation or submission of plea agreement.

Copies to: Chambers