UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

FILED
AUG 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Raynee Mercado
**Date:** 8/27/08

**Plaintiff:** United States

v.                                              **No.**   CR-08-00281 CW
                                                          CR-03-40047 CW

**Defendant:** Vance Terry Thompson (present - in custody)


**Appearances for Plaintiff:**
Christine Wong

**Appearances for Defendant:**
Jerome Matthews

**Probation Officer:**
Rich Brown


**Hearing:   Change of Plea**

**Notes:**    Defendant enters under oath Rule 11(c)(1)(C) plea of guilty to Counts One and Two of the Indictment charging in Count One possession with intent to distribute marijuana, a Schedule I controlled substance in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(D), and charging in Count Two felon in possession of a firearm and ammunition, in violation of 18 USC 922(g)(1). Plea Agreement filed. Court finds factual basis for plea; Court accepts plea. **Case continued to 11/12/08 at 2:00 p.m. for sentencing.** PSR requested.

Defendant waives his right to a hearing on the petition for violation of supervised release; defendant admits the violations with same conduct pled to today. **Sentencing set for 11/12/08 at 2:00 p.m.** P/O can give input to P/O preparing the PSR.


Copies to: Chambers; probation