UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED**

AUG 27 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Case Number _CR-08·00281 CW_

Defendant's Name _Vance Terry Thompson_

Defense Counsel _Jerome Matthews_

Referral Date _8/27/08_

Sentencing Date _11/12/08    @ 2:00pm_

## NOTICE TO DEFENSE COUNSEL

The Court has directed that a

   X    Presentence Investigation

_____ Pre-Plea Report

_____ Bail Investigation

_____ Bail Supervision

_____ Postsentence Investigation

_____ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the **Probation Office, Room 220S, before leaving the Courthouse today** to make the necessary arrangements.

RICHARD W. WIEKING
Clerk

by: **SHEILAH CAHILL**
Deputy Clerk

for use of Courtroom Deputies:    )

·Is defendant in custody:    _Yes_ )

Is defendant English-
speaking?    _Yes_ )

cc:  U. S. Probation